IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KIM TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 3:20-CV-00067 |
| SHUN YA LLC and JUNMA LLC, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, KIM TURNER ("Plaintiff") and Defendants, SHUN YA LLC and JUNMA LLC ("Defendants"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 31st day of August, 2020.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

**Attorney for Plaintiff**

/s/    Richard M. Hunt_____
Richard M. Hunt, Esq.
State Bar No. 10288700
Hunt Huey PLLC
3333 Lee Parkway, Suite 600
Dallas, TX  75216
Tel: (214) 641-9182
Fax: (214) 279-6124
Email:   rhunt@hunthuey.com

**Attorney for Defendants**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Northern District of Texas ID No. 54538FL